M/P

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 22 AM 10: 00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: '08 MJ 0523 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| Mario Rafael SAUL | ) | Importation of a Controlled Substance |
| | ) | |
| Defendant, | ) | |
| | ) | |

The undersigned complaint being duly sworn states:

On or about February 21, 2008, within the Southern District of California, Mario Rafael SAUL did knowingly and intentionally import approximately 21 kilograms of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION and
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22nd DAY OF FEBRUARY 2008.

MAGISTRATE JUDGE

 MLP

# PROBABLE CAUSE STATEMENT

I, Special Agent Chris Crawford, declare under penalty of perjury, the following is true and correct:

On February 21, 2008, at approximately 1345 hours, Mario Rafael SAUL entered the United States driving a red Ford Explorer bearing California license plate 6CBR921 at the Otay Mesa Port of Entry. SAUL was randomly selected by Customs and Border Protection Officer (CBPO) S. Cottingham to have his vehicle x-rayed. CBPO R. Sanchez conducted the x-ray, which revealed anomalies in the quarter panels of the vehicle. CBPO Sanchez conducted a cursory inspection of the quarter panels and discovered cellophane wrapped packages. CBPO Sanchez selected a package at random and discovered a white powdery substance that CBPO Cottingham field-tested with a positive result for cocaine. The vehicle was then turned over to the secondary inspection lot for further inspection.

At approximately 1400 hours, Canine Enforcement Officer (CEO) S. Hernandez screened the red Ford Explorer with his Narcotic Detector Dog. CEO Hernandez received a positive alert from the Narcotic Detector Dog to the vehicle.

CBPO W. Portocarrero was assigned to conduct a 7-point inspection of the vehicle and was informed of the x-ray results. During his inspection, CBPO Portocarrero discovered packages hidden in each quarter panel and the spare tire. A total of 18 packages were removed from the vehicle with a net weight of 21 kilograms. CBPO Portocarrero also probed one of the packages again revealing a white powdery substance that he field–tested with a positive result for cocaine.

At approximately 2030 hours, U.S. Immigration and Customs Enforcement (ICE) Special Agents (SA) Chris Crawford and Joel Dolloff contacted SAUL and informed him that he was under arrest. SAUL was read his rights, per Miranda, off of a pre-printed form by SA Crawford as witnessed by SA Dolloff. SAUL waived his rights both verbally and in writing and agreed to answer questions. During the interview SAUL stated that he was going to be paid $2,000 to deliver the vehicle and cocaine to Chula Vista. He was going to leave the vehicle and take a bus back to Tijuana. The Ford Explorer belongs to a friend of SAUL's that owes him money. SAUL was using the vehicle in lieu of repayment. SAUL claimed that the man that hired him told him there would be marijuana in the vehicle. He did not know it was cocaine.

SA Chris Crawford

[signature]

[signature]